```
 1 | BENJAMIN B. WAGNER
   | United States Attorney
 2 | ELANA S. LANDAU
   | Assistant U.S. Attorney
 3 | 2500 Tulare Street
   | Fresno, California  93721
 4 | Telephone:  (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No: 1:11-CR-256 |
| Plaintiff, | ) | |
| | ) | ORDER TO **UNSEAL** INDICTMENT |
| v. | ) | |
| DARIUS DEWAYNE KEY, | ) | |
| Defendant. | ) | |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the indictment in the above-captioned proceeding be and is hereby unsealed.

Date: NOV 18, 2011

_____
Honorable Jennifer L. Thurston
United States Magistrate Judge

2

```
 1 │ BENJAMIN B. WAGNER
   │ United States Attorney
 2 │ ELANA S. LANDAU
   │ Assistant U.S. Attorney
 3 │ 2500 Tulare Street
   │ Fresno, California  93721
 4 │ Telephone:  (559) 497-4000
 5 │
 6 │
   │            IN THE UNITED STATES DISTRICT COURT FOR THE
 7 │
   │                  EASTERN DISTRICT OF CALIFORNIA
 8 │
 9 │
10 │
11 │ UNITED STATES OF AMERICA,        )
                                      )   Case NO. 1:11-CR-256
12 │                   Plaintiff,     )
                                      )   REQUEST TO UNSEAL INDICTMENT
13 │       v.                         )
                                      )
14 │ DARIUS DEWAYNE KEY,              )
                                      )
15 │                   Defendant.     )
                                      )
16 │ _____  )
17 │
18 │
   │      The arrest warrant in the above-captioned proceeding was
19 │
   │ executed on November 18, 2011.  As a result, there is no need for the
20 │
   │ indictment to remain under seal.  Accordingly, the United States asks
21 │
   │ that the Court order that the indictment be unsealed.
22 │
23 │
   │                                  BENJAMIN B. WAGNER
24 │                                  United States Attorney
25 │
26 │ Date: November 18, 2011          /s/ Elana S. Landau
   │                                  By: Elana S. Landau
27 │                                  Assistant United States Attorney
28 │
```

1