UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No.  1:11-CR-00256-001 AWI |
| ) | |
| vs. ) | **ORDER OF DETENTION FOLLOWING** |
| ) | **REVOCATION OF PREVIOUSLY SET** |
| DARIUS DEWAYNE KEY, ) | **CONDITIONS OF RELEASE** |
| ) | |
| Defendant. ) | |
| _____) | |

A. <u>Order for Revocation and Detention</u>

After conducting a hearing pursuant to 18 U.S.C. § 3148(b) on the government's motion for revocation of the previous order for release, the Court orders the previous conditions of pretrial release revoked and this defendant detained.

B. <u>Statement of Reasons for the Revocation and Detention</u>

The Court orders the revocation of pretrial release conditions and the defendant's detention because it finds:

    \_\_\_\_\_ (1)  There is probable cause to believe this defendant has committed a Federal, State, or local crime while on release.

**or**

    \_\_X\_\_ (2)  There is clear and convincing evidence that this defendant has violated a condition or conditions of release.

**and**

    \_\_\_\_\_ (3)  That based on the factors set forth in § 3142(g), there is no condition or combination of conditions of release that will assure that this defendant will not flee or pose a danger to the safety of any other person or the community; or,

    \_\_X\_\_ (4)  That this defendant is unlikely to abide by any condition or combination of conditions of release.

    \_\_\_\_\_ (5)  That this defendant has not rebutted the rebuttable presumption contained in 18 U.S.C. § 3148(b) that no condition or combination of conditions will assure that the person will not pose a danger to the safety of any other person or the community based upon the existence of probable cause to believe that, while on release, the defendant committed a Federal, State, or local felony.

IT IS SO ORDERED.

Dated:  **March 5, 2012**           /s/ Sheila K. Oberto
                                                              UNITED STATES MAGISTRATE JUDGE