**RICHARD A. BESHWATE, JR. 179782**
ATTORNEY AT LAW
2014 TULARE STREET, SUITE 414
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 266-5000
FACSIMILE: (559) 266-0507

Attorney for Defendant, DARIUS KEY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:11-CR-00256-001 AWI |
| Plaintiff, ) | |
| ) | **ORDER FOR** |
| vs. ) | **REQUEST FOR FULL RECONVEYANCE** |
| ) | |
| DARIUS KEY, ) | **DEED OF TRUST NO. 021200360** |
| ) | |
| Defendant. ) | |

The Defendant, Darius Key, was sentenced in the above-referenced matter on June 25, 2012.

CHARLES JONES, was the original Trustor, CHICAGO TILE COMPANY, was the original Trustee, and THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, the Beneficiary. Under **DEED OF TRUST NO. 021200360**, dated, January 11, 2012, and recorded January 12, 2012, in the County of KERN, describing the property as follows:

APN: 138-101-03: All that portion of Block 387 of The P.I. Co's Subdivision of the east

half of the southeast quarter of Section 18, Township 29 south, Range 28 east, Mount Diablo

Base and Meridian in the Unincorporated Area, County of Kern, State of California,

according to the map of said subdivision filed May 10, 1901, in the Office of the County

Recorder of Kern County, particularly described as follows, to wit:

Commencing at a point on the north line of said block distant 147 feet southeast of the northwest corner; thence running southeasterly along said northerly line 70 feet; thence at right angles southerly and parallel to the westerly line of said Block 170 feet; thence at right angles westerly and parallel to the northerly line of said Block 70 feet; thence at right angles northerly and parallel to the westerly line of said Block 170 feet to the point of beginning.

**ORDER**

All indebtedness secured by the Deed of Trust being fully paid, IT IS HEREBY ORDERED that **DEED OF TRUST NO. 021200360** be reconveyed to the original Trustor, CHARLES JONES.

IT IS SO ORDERED.

Dated: July 27, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE